## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 1/22/08

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**  **DOCKET NO:** CR #06-699

**TITLE OF CASE:**

UNITED STATES OF AMERICA
   (vs)
STEVEN GANTT, a/k/a "Boz" and
KEVIN TAYLOR, a/k/a "Qadir"

**APPEARANCES:**
James P. Lynch, AUSA for Gov.'t.
Jacqueline Carle, AUSA for Gov.'t.
Frederick W. Klepp, Esq. for deft. Gantt
John P. Renner, Esq. for deft. Taylor

**NATURE OF PROCEEDINGS:** - TRIAL W/JURY COMMENCED BEFORE THE HON. ROBERT B. KUGLER, U.S.D.J.

Hearing on motion in limine by deft. Taylor for an Order precluding Gov.'t from admitting evidence of deft.'s prior address in York, PA used approximate 10 yrs. before alleged commissions of the alleged offense. ORDERED motion DENIED.

ORDERED jury drawn; Jury drawn.

Jury excused @ 4:30 PM.

Hearing on motion in limine for an Order precluding the Gov.'t. from admitting evidence of photographic exhibits 8(C), 16(C), 22(D) & 22(E) of the Gov.'t's proposed exhibits. ORDERED motion DENIED.

(over)

TRIAL W/JURY ADJOURNED UNTIL 1/23/08 @ 9:30 AM.

_____
Deputy Clerk

Time Commenced: 9:30 AM          Time Adjourned: 5:00 PM