NOT FOR PUBLICATION                                                                                (Doc. No. 166)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal No. 06-699(03) (RBK) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| KEVIN TAYLOR a/k/a "QADIR," | : | |
| | : | |
| Defendant. | : | |

THIS MATTER having come before the Court on the pro se motion of Petitioner Kevin Taylor (Doc. No. 166), requesting transcripts of court proceedings to assist him in filing a § 2255 habeas petition; and

IT IS HEREBY ORDERED that, for the reasons stated in the Court's Opinion, Petitioner's motion to receive transcripts free of cost is **DENIED**.

Dated:  8/4/11                                                                                          /s/ Robert B. Kugler
                                                                                                              ROBERT B. KUGLER
                                                                                                              United States District Judge